# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA DAWN CHRISTENSEN, | ) |
| Plaintiff, | ) |
| | ) Civ. 12-131 Erie |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 2nd day of April, 2014, it is HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. Defendant Commissioner of Social Security's Motion for Summary Judgment [ECF No. 11] is DENIED.

2. Plaintiff's Motion for Summary Judgment [ECF No. 9] is GRANTED to the extent it requests that we remand the case for further proceedings, and otherwise denied.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, and DECREED that the final decision of the Commissioner is VACATED and this case is REMANDED FORTHWITH for further consideration of Plaintiff's application for disability insurance benefits and supplemental security income benefits.

The Commissioner is hereby DIRECTED to reopen and fully develop the record before rendering a ruling on Plaintiff's claim.

The Clerk of Courts shall mark this case CLOSED.

Maurice B. Cohill, Jr.
Senior United States District Judge