IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| MELISSA DAWN CHRISTENSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 12-131-E |
| v. | ) |
| | ) JUDGE COHILL |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 8th day of July, 2014, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Melissa Dawn Christensen, is awarded attorney fees under the EAJA in amount of Two Thousand Three Hundred dollars ($2,300.00). These attorney fees will be paid directly to Plaintiff, Melissa Dawn Christensen, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_Maurice B. Cohill Jr._
J.